**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BERNARD DOUGLAS,** ) | |
| Reg. No. 13373-026, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 17-cv–837-NJR |
| ) | |
| **T.G. WERLICH (WARDEN),** ) | |
| ) | |
| Respondent. ) | |

**MOTION TO SUBSTITUTE RESPONDENT**

Respondent, T.G. Werlich, by his attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Amanda M. Fischer, Assistant United States Attorney, respectfully moves that Eric Williams be substituted as respondent in this matter. In support thereof, Respondent states the following:

1. Respondent T.G. Werlich is no longer the Warden of the Federal Correctional Institution at Greenville and therefore is no longer petitioner's custodian.

2. Eric Williams is now FCI-Greenville's warden and therefore is petitioner's custodian and the proper respondent in this matter.

WHEREFORE, Respondent T.G. Werlich respectfully requests that Warden Eric Williams be substituted as respondent in this matter.

Respectfully submitted,

T.G. WERLICH
Respondent

1

*By his attorneys:*

STEVEN D. WEINHOEFT
United States Attorney

/s/ Amanda M. Fischer
AMANDA M. FISCHER
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
E-mail: amanda.fischer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, I electronically filed

**MOTION TO SUBSTITUTE RESPONDENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on May 21, 2020, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Bernard Douglas
Reg. No. 13373-026
Federal Correctional Institution - Greenville
P.O. Box 5000
Greenville, Illinois 62246

                Respectfully submitted,

                STEVEN D. WEINHOEFT
                United States Attorney

                s/ Amanda M. Fischer
                AMANDA M. FISCHER
                Assistant United States Attorney
                Nine Executive Drive
                Fairview Heights, IL  62208
                Phone:  (618) 628-3700
                E-mail: amanda.fischer@usdoj.gov